DEMETRAS & O'NEILL
J. Craig Demetras
State Bar No. 4246
Shelly T. O'Neill
State Bar No. 986
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600
(775) 348-9315 Facsimile

MAY 04, 2010

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-N-09-50167-GWZ |
| | Chapter 13 |
| BRIAN SWOGER and<br>SALLY SWOGER | **OBJECTION TO MOTION FOR<br>RELIEF FROM AUTOMATIC STAY** |
| | Hearing Date: May 18, 2010<br>Hearing Time: 10:00 a.m.<br>Estimated Time: 1 minute |
| Debtors. | |
| _____ / | |

  Debtors, Brian & Sally Swoger, by and through their counsel, J. Craig Demetras, of Demetras & O'Neill, hereby object to the Motion for Relief from Automatic Stay filed by US Bank National Association, ("Movant"), its successors and/or assigns. Said Motion was filed on April 12, 2010, and a hearing has been set for May 18, 2010, at 10:00 a.m.

  Debtors oppose the Motion for Relief from Automatic Stay based on the following:

  1. The Debtors were current as of the filing of the Motion for Relief from Stay. A Copy of the transaction page from Wells Fargo is attached hereto and incorporated herein as Exhibit "A."

2. A copy of the current statement showing only the regular monthly payment and a miscellaneous $15 fee being due is attached hereto and incorporated herein as Exhibit "B."

3. The Debtors request that no attorney fees be awarded as they made the payments but Wells Fargo failed to apply them timely.

WHEREFORE, Debtors request that the Motion for Relief from Automatic Stay be DENIED.

Respectfully submitted this 4th day of May, 2010.

Demetras & O'Neill

/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtors

# EXHIBIT "A"

**WELLS FARGO**  Wells Fargo Business Online

## Account Activity

**MORTGAGE XXXXXX2343** Make a Payment

| | |
|---|---|
| Next payment DUE ON 05/01/10 | $4,263.47 |
| Last payment received on 04/16/10 | $4,263.47 |
| Outstanding principal balance | $617,535.66 |
| Interest rate | 6.875% |
| Unpaid fees / late charges | $15.00 |

**Transactions - Past 6 Months**

Show  Past 6 Months  · [View]

| Date ▽ | Description | Amount | Principal Balance |
|---|---|---|---|
| 04/16/10 | APPLIED FUNDS | $4,263.47 | $617,535.66 |
| 04/16/10 | APPLIED FUNDS | $4,263.47 | $618,257.03 |
| 04/15/10 | PAYMENT | $4,263.47 | $618,974.29 |
| 04/14/10 | PAYMENT | $35.45 | $618,974.29 |
| 04/07/10 | PAYMENT | $0.00 | $618,974.29 |
| 04/07/10 | PAYMENT | $0.00 | $619,687.47 |
| 04/07/10 | PAYMENT | $0.00 | $620,396.68 |
| 04/07/10 | APPLIED FUNDS | $17,053.88 | $621,101.65 |
| 04/07/10 | PAYMENT | $0.00 | $621,802.71 |
| 04/07/10 | APPLIED FUNDS | $8,526.94 | $622,499.77 |
| 03/15/10 | PAYMENT | $4,263.47 | $623,192.86 | (mar)
| 02/15/10 | PAYMENT | $4,263.47 | $623,192.86 | (feb)
| 02/09/10 | PAYMENT | $1,575.00 | $623,192.86 |
| 01/13/10 | PAYMENT | $19,707.30 | $623,192.86 |
| 01/12/10 | APPLIED FUNDS | $4,263.47 | $623,192.86 |
| 01/11/10 | PAYMENT | $4,263.47 | $623,882.01 | (jan)
| 12/08/09 | APPLIED FUNDS | $4,263.47 | $623,882.01 |
| 12/07/09 | PAYMENT | $4,263.47 | $624,567.23 | (dec)
| 11/09/09 | APPLIED FUNDS | $4,263.47 | $624,567.23 |
| 11/06/09 | PAYMENT | $4,263.47 | $625,248.55 | (nov)

Disclosure: The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

⌂ Equal Housing Lender
© 1995 – 2010 Wells Fargo. All rights reserved.

# EXHIBIT "B"



**Monthly Mortgage Statement**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

## For Informational Purposes

| | |
|---|---|
| Statement Date | 04/16/10 |
| Loan Number | 0149952343 |

**Customer Service**

Online
wellsfargo.com/ym

Fax
(704) 329-3393

Telephone
(800) 274-7025

Correspondence
PO Box 10335
Des Moines IA 50306

Hours of Operation
Mon - Fri, 8 AM - 5 PM
(EST)

Payments
PO Box 30427
Los Angeles CA 90030

TTY Deaf/Hard of Hea
(800) 934-9998

**Important Messages**

||ı||ııı||ı|||ıı||||ııı|ı||ı|ı||ı|ı||ı|||ı|ı||ı||ı||ı|
005999 1 MB 0.382   5999/005999/005999 025 01 AGNGMK 708
BRIAN D SWOGER
SALLY A SWOGER
P O BOX 2485
STATELINE NV  89449-2485

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest) | $4,263.47 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$4,263.47** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $15.00 |
| **TOTAL PAYMENT 05/01/10** | **$4,278.47** |

**Property Address**
199 CHIMNEY ROCK ROAD
STATELINE NV 89449

| | |
|---|---|
| Unpaid Principal Balance | $517,535.66 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 6.875% |
| Interest Paid Year-to-Date | $32,024.88 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 04/16 | PAYMENT | | $721.37 | $3,542.10 | | | $4,263.47- |
| 04/16 | PAYMENT | | $717.26 | $3,546.21 | | | $4,263.47- |

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.

005999/005999 AGNGMK 5999 ETM1C001 1



| | | |
|---|---|---|
| Loan Number | | 0149952343 |
| Total Payment | | $4,278.47 |

*Check here and see reverse for address correction.*

BRIAN D SWOGER
SALLY A SWOGER
5999/005999/005999 025 01 AGNGMK 708

||ı|ı||||ı||ı||ıı|||||ıı|ı||||||ıı||ı||ıı||ı|ı||ı|ı|
WELLS FARGO HOME MORTGAGE
PO BOX 30427
LOS ANGELES CA 90030-0427



708  0149952343  9  100004263470447664042784700000000  000000004560926764  3